Justin T. Toth (8438)
Samuel C. Straight (7638)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: 801 323-3358

Robert L. Rimberg (Pro Hac Vice)
Steven A. Weg (Pro Hac Vice)
**GOLDBERG & RIMBERG, PLLC**
115 Broadway, 3rd Floor
New York, New York 10006
Telephone: 212-697-3250

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WAKEFIELD KENNEDY, LLC, a Washington limited liability company, *Plaintiff,* v. D. SHANE BALDWIN AND JANE DOE BALDWIN, husband and wife, and METRO NATIONAL SETTLEMENT SERVICES LLC, *Defendants.* | Consolidated Case No.: 2:11-CV-00604 **MOTION TO AMEND COMPLAINT AND TO ADD PARTIES AND [PROPOSED] ORDER** Judge: Dee Benson |
| STATE CAPITAL HOLDINGS, LLC, a New York limited liability company, *Plaintiff,* v. SILVERLEAF FINANCIAL 9, LLC, METRO NATIONAL TITLE COMPANY, METRO NATIONAL SETTLEMENT SERVICES, LLC, D. SHANE BALDWIN, MARK STAPLES, SILVERLEAF FINANCIAL LLC, and WAKEFIELD KENNEDY LLC, *Defendants.* | |

Plaintiff State Capital Holdings, LLC ("Plaintiff"), by and through its counsel,

respectfully moves the Court pursuant to Fed. R. Civ. P. Rule 15 for an order granting Plaintiff leave to file an Amended Complaint.

The basis for this motion is as follows: Since Plaintiff's action was removed from the state court in New York and removed to the United States District Court, Eastern District of New York, and thereafter transferred to this Court and consolidated with the action entitled *Wakefield Kennedy LLC v. Baldwin*, discovery has been conducted and Plaintiff has learned of new facts and of other parties that should be made parties hereto. Under the liberal standards in Rule 15, amending Plaintiff's Complaint will not cause prejudice to any party or undue delay, and is not made in bad faith.

This motion is accompanied be a Memorandum of Law in Support of Motion for Leave to File an Amended Complaint, filed herewith.

WHEREFORE, Plaintiffs move for an Order that

1. Movant be granted leave to serve summons and amended complaint upon METRO NATIONAL SETTLEMENT SERVICES, LLC, D. SHANE BALDWIN, MARK STAPLES, SILVERLEAF FINANCIAL LLC and WAKEFIELD KENNEDY, LLC.

2. Movant be granted an Order giving leave to file the Amended Complaint attached to Plaintiff's Memorandum of Law as Exhibit A.

3. That the CLERK OF THE COURT shall immediately issue a Summons as to Defendants METRO NATIONAL SETTLEMENT SERVICES, LLC, D. SHANE BALDWIN, MARK STAPLES, SILVERLEAF FINANCIAL LLC and WAKEFIELD KENNEDY, LLC and mail it to Counsel for Plaintiffs at the following address: Goldberg & Rimberg, PLLC, Attn: Steven A. Weg, 115 Broadway, Suite 302, New York, New York 10006.

4. In the interest of preserving environmental resources, the Amended Complaint be

deemed served on all defendants who have previously appeared herein.

DATED this 30th day of March 2012.

                                              Justin T. Toth (8438)
                                              Samuel C. Straight (7638)
                                              **RAY QUINNEY & NEBEKER P.C.**
                                              36 South State Street, Suite 1400
                                              Salt Lake City, Utah 84111
                                              Telephone: 801 323-3358


                                              _____/S/ Steven A. Weg_____
                                              Robert L. Rimberg (Pro Hac Vice)
                                              Steven A. Weg (Pro Hac Vice)
                                              **GOLDBERG & RIMBERG, PLLC**
                                              115 Broadway, 3rd Floor
                                              New York, New York 10006
                                              Telephone: 212-697-3250


       [PROPOSED] **ORDER**

IT IS SO ORDERED

Dated:_____

                                              _____