IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WAKEFIELD KENNEDY LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>D. SHANE BALDWIN and JANE DOE BALDWIN, husband and wife, and METRO NATIONAL SETTLEMENT SERVICES, LLC,<br><br>Defendants. | Second Memorandum Decision and Order to Compel State Capital Holdings, LLC<br><br>Case No.  2:11-cv-00604-DN-EJF<br><br>District Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |

Metro National Settlement Services, LLC (Metro Settlement) moved the Court[1] to compel State Capital Holdings, LLC (State Capital) to respond more fully to its discovery requests.  (Doc. # 121)  State Capital filed no opposition to the Motion and the time to respond has passed.  Based on the non-opposition, the Court grants this motion in part and denies this motion in part.

The Court grants the Second Motion to Compel.  The Court denies the request to extend discovery without prejudice.  The Court orders State Capital to respond to discovery as set forth in the Motion within 14 days of this Order.  If it cannot, State Capital should file a Notice with this Court indicating it cannot comply, why it cannot, and when it will be able to comply. Fourteen days after Metro Settlement receives the discovery responses the Court requests the

---

[1] On December 8, 2011, District Judge Dee Benson referred this case to Magistrate Judge Brooke C. Wells under 28 U.S.C. section 636(b)(1)(A). (Docket No. 54.)  On March 31, 2012, this case was reassigned from Judge Benson to newly appointed District Judge David Nuffer. (*See* Docket No. 70.)  On May 21, 2012, this referral was reassigned to Magistrate Judge Evelyn J. Furse.  (Docket No. 92.)

parties file a request for a scheduling conference with the Court or a stipulated request to extend discovery.

SO ORDERED this 16th day of November, 2012.

                                          BY THE COURT:

                                          _____
                                          EVELYN J. FURSE
                                          United States Magistrate Judge